Carlos J. Cuevas, Esq.
Attorney for Petitioning Creditors
1250 Central Park Avenue
Yonkers, New York 10704
Tel. No. 914.964.7060

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X

In re                                             Chapter 7

AME CONSULTING GROUP, LLC,                        Case No. 14-21956 DHS

            Alleged Debtor.

-------------------------------------------------------X

**CERTIFICATE OF SERVICE**

      I, Carlos J. Cuevas, do hereby certify that on June 11, 2014 and June 12, 2014 I served true copies by first class mail of the Summons (Dkt. No. 2) and Involuntary Petition; Summons (Dkt. No. 3) and Involuntary Petition; Summons (Dkt. No. 4) and Involuntary Petition; and Summons (Dkt. No. 5) and Involuntary Petition on the following:

Managing Member
AME Consulting Group, LLC
370 Central Avenue
North Caldwell, NJ 07006

Dated: Yonkers, New York
      June 12, 2014

                                                       /s/ Carlos J. Cuevas
                                                         Carlos J. Cuevas