Carlos J. Cuevas, Esq.
Attorney for Petitioning Creditors
1250 Central Park Avenue
Yonkers, New York 10704
Tel. No. 914.964.7060
Carlos J. Cuevas

-------------------------------------------------------X

In re                                                                                    Chapter 7

AME CONSULTING GROUP, LLC,                                       Case No. 14-21956 DHS

          Debtor.

-------------------------------------------------------X

## DECLARATION OF CARLOS J. CUEVAS, ESQ.

    CARLOS J. CUEVAS, declares under penalty of perjury under the laws of the United States of America, Judicial Code Section 1746, that the foregoing is true and correct:

1. I am the attorney for the petitioning creditors in this Chapter 7 case. Unless otherwise stated, I have personal knowledge of the facts contained in this Declaration.

2. On June 10, 2014 an involuntary Chapter 7 petition was filed against the Debtor.

3. On July 24, 2014 this Court entered the Order for Relief in this bankruptcy case.

4. The Order for Relief directed that the Debtor file schedules and statement of financial affairs.

5. I served by mail a copy of the Order of Relief on the Debtor.

6. The Debtor failed to comply with the Order for Relief.

7. Thereafter, this Court issued an Order to Show Cause as to why the Debtor should not be

held in contempt for failing to file schedules and statement of financial affairs.

8. A hearing concerning the Order to Show Cause was held on September 30, 2014, and the Debtor failed to appear at the hearing.

9. Attached is a copy a letter sent to the Debtor's managing member, Mr. Esposito concerning the Order to Show Cause, and the letter was sent via Two Day Federal Express and first class mail.

10. The Debtor has failed to comply Order for Relief.

11. It appears that the Debtor has acted in contumacious disregard of an order of this Court.

12. I intend to file a motion for contempt to compel the Debtor to file schedules and statement of financial affairs so that this Chapter 7 case can be administered.

13. The Petitioning Creditors intend to bring a Motion for Contempt.

14. The Petitioning Creditors have claims in the amount of $227,609.37.

15. This is the best forum for the creditors because the creditors are located throughout the United States.

16. The Petitioning Creditors have attended each hearing.

17. The Debtor through its recalcitrance should not be permitted to defeat this bankruptcy case.

18. The Petitioning Creditors object to the dismissal of this Chapter 7 case.

Dated: Yonkers, New York
         November 11, 2014

    /s/ Carlos J. Cuevas
    Carlos J. Cuevas