B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14–21956–TBA**

# UNITED STATES BANKRUPTCY COURT
District of New Jersey

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/10/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
AME Consulting Group, LLC
370 Central Avenue
North Caldwell, NJ 07006

| Social Security/Taxpayer ID/Employer ID/Other Nos.: | United States Bankruptcy Judge:<br>Honorable VINCENT F. PAPALIA |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Ralph A Ferro Jr<br>Ralph A Ferro, Jr, Esq Law Offices<br>66 East Main Street, 3rd Floor<br>Little Falls, NJ 07424<br>Telephone number: 973–200–0988 | Trustee:<br>Stacey L. Meisel<br>Becker, Meisel LLC<br>Eisenhower Plaza II<br>354 Eisenhower Pkwy, Suite 1500<br>Livingston, NJ 07039<br>Telephone number: (973) 422–1100<br>The United States Trustee, Region 3 appoints the above–named individual as interim trustee as of the date of the filing of the bankruptcy petition. |

### Meeting of Creditors:
Date: **April 27, 2015**            Time: **01:00 PM**
Location: **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts:
6/26/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Telephone number: 973–645–4764 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James J. Waldron |
|---|---|
| Business Hours:<br>8:30 AM – 4:00 p.m., Monday – Friday (except holidays) | Date: 3/3/15 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Proof of Identification and Social Security Number | Important notice to individual debtors: Effective March 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. **Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

Undeliverable Notices.    Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

Case information − telephone access.    Case summary information can be obtained from any touch tone telephone by calling the automated Voice Case Information System (VCIS) at the toll free number: 1−866−222−8029. After the initial greeting enter the New Jersey court code: #88. This service is free of charge and is available 24 hours a day.

Case information − electronic access.    Case summary and docket information can be obtained from the Public Access to Court Electronic Records (Pacer) System. To register or for more information, please call the Pacer Billing Center at 1−800−676−6856 or visit the Pacer Web Site: http://pacer.psc.uscourts.gov.

Internet access.    Additional information may be available at the Court's Web Site: http://www.njb.uscourts.gov.

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                       Case No. 14-21956-TBA
AME Consulting Group, LLC                                    Chapter 7
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-2         User: whealy              Page 1 of 2          Date Rcvd: Mar 03, 2015
                             Form ID: b9a             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2015.
db            +AME Consulting Group, LLC,   370 Central Avenue,   North Caldwell, NJ 07006-4247
515358487     +Andrew R. Brosnick, Esq.,   30 Galesi Drive,   Suite 304,   Wayne, NJ 07470-4840
515358488     +B-Sharp Trading,   57 Hudsonview Hill,   Ossining, NY 10562-3329
515358489     +Beth Tanelli,   39 Beachmont Terrace,   North Caldwell, NJ 07006-4617
515358490     +Bevco Sales Division of Shasta Beverages,   8100 S.W. 10th Street,   Suite 4000,
                Fort Lauderdale, FL 33324-3224
515358492     +Carlos Artiles,   13 Maier Street,   Belleville, NJ 07109-2011
515358493     +Carlos J. Cuevas, Esq.,   1250 Central Park Avenue,   Yonkers, NY 10704-1044
515358494     +DV Worldwide, LLC,   224 North Main Street,   Spring Valley, NY 10977-4020
515358495     +Eastern Distributors, Inc.,   31-33 North Grand Blvd,   Brentwood, NY 11717-5121
515359923     +Jan Meyer & Associates, P.C.,   1029 Teaneck Road,   Teaneck, NJ 07666-4514
515358497     +Lawrence Trading,   37871 Thames Road,   Farmington, MI 48331-1722
515359921      Merchant Funding Holdings, Inc.,   9458 Collins Avenue,   Surfside, FL 33154
515358498     +Michael V. Esposito,   370 Central Avenue,   North Caldwell, NJ 07006-4247
515358499     +Nexus Management, Inc.,   5440 NW 108th Way,   Pompano Beach, FL 33076-2742
515359920     +Olympic Freight Service, Inc.,   23 Adam Court,   Red Bank, NJ 07701-5234
515359922     +Quality Grocery Beverage, LLC,   1137 Maple Avenue,   Elmira, NY 14904-2809
515358501    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of NJ Div of Taxation,   Box 245,   Trenton, NJ 08695)
515358500      Soma Group USA,   1511 Bassett Avenue,   Bronx, NY 10461
515358502     +Suzanne Trainor,   13 Maier Street,   Belleville, NJ 07109-2011
515358503     +Universal Health Alliance Corp.,   5417 Bevington Place,   Charlotte, NC 28277-5509
515358506     +Westin Trading, Inc.,   655 Craig Road,   Saint Louis, MO 63141-7170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ralphferrojr@msn.com Mar 03 2015 23:14:08     Ralph A Ferro, Jr,
                Ralph A Ferro, Jr, Esq Law Offices,   66 East Main Street, 3rd Floor,
                Little Falls, NJ  07424
tr            +E-mail/Text: stacey.meisel@txitrustee.com Mar 03 2015 23:15:51     Stacey L. Meisel,
                Becker, Meisel LLC,   Eisenhower Plaza II,   354 Eisenhower Pkwy, Suite 1500,
                Livingston, NJ 07039-1023
smg           +E-mail/Text: leah.bynon@usdoj.gov Mar 03 2015 23:15:11     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2015 23:15:08     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515358491      EDI: BMW.COM Mar 03 2015 22:53:00      BMW Financial Services,   Box 9001065,
                Louisville, KY 40290
515023076     +EDI: BMW.COM Mar 03 2015 22:53:00      BMW Financial Services NA, LLC,   5550 Britton Parkway,
                Hilliard, OH 43026-7456
515358496      EDI: IRS.COM Mar 03 2015 22:53:00      Internal Revenue Service,   Box 7346,
                Philadelphia, PA 19101-7346
515359924     +EDI: DAIMLER.COM Mar 03 2015 22:53:00      Mercedes-Benz Financial,   Box 685,
                Roanoke, TX 76262-0685
515358505     +E-mail/Text: ebn.bankruptcy@usfoods.com Mar 03 2015 23:15:33     US Foods,   Box 641871,
                Pittsburgh, PA 15264-1871
515358504     +E-mail/Text: ebn.bankruptcy@usfoods.com Mar 03 2015 23:15:33     US Foods,
                9399 West Higgins Road,   Suite 500,   Des Plaines, IL 60018-4992
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stacey L. Meisel,   Becker, Meisel LLC,   Eisenhower Plaza II,
                354 Eisenhower Parkway, Suite 1500,   Livingston, NJ 07039-1023
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: whealy              Page 2 of 2              Date Rcvd: Mar 03, 2015
                               Form ID: b9a              Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2015 at the address(es) listed below:

```
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Westin Trading, Inc. ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Bevco Sales Division of Shasta Beverages
               ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Eastern Distributors, Inc.
               ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    B-Sharp Trading Corp. ccuevas576@aol.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Financial Services NA, LLC
               jschwartz@mesterschwartz.com
              Ralph A Ferro, Jr    on behalf of Debtor    AME Consulting Group, LLC ralphferrojr@msn.com
              Stacey L. Meisel    on behalf of Attorney    Becker Meisel LLC slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com
              Stacey L. Meisel    slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com;mcarey@beckermeisel.com;ecf.alert+Meisel@titlexi.com
              Stacey L. Meisel    on behalf of Trustee Stacey L. Meisel slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```