UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

AME Consulting Group, LLC
Debtor

Case No.: _____14-21956-TBA_____

Chapter: _____7_____

Judge: _____PAPALIA_____

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E, F, G, H
OR LIST OF CREDITORS**

The relief set forth on the following page is hereby **ORDERED**.

DATED: ___3/4/15_____

_Honorable_ _VINCENT F. PAPALIA_____
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule __D, F__ or to the

List of Creditors on _____3/3/15_____ that:

- ❑    Deletes a creditor or creditors
- ❑    Modifies a previously listed creditor or creditor information
- ☑    Adds a creditor or creditors
- ❑    Modifies the list of parties to contracts or leases
- ❑    Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor shall serve notice of the Amendment to the trustee in the case, if any, within 14 days of the date of this Order.

It is Further ORDERED that the debtor shall serve notice of the Amendment to the creditors or other parties who are being deleted or modified within 14 days of the date of this Order.

It is Further ORDERED that the debtor(s) shall serve on added creditors, within 14 days of the date of this Order, the following:

1.    A copy of the applicable Notice of Commencement of Case under the Bankruptcy Code, Meeting of Creditors and Deadlines (Official Forms 9A through 9I), and

2.    In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:
   a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that within 14 days of the date hereof, the debtor(s) shall file a certification of compliance with the above Order.

*rev. 8/1/12*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 14-21956-TBA
AME Consulting Group, LLC                                       Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: whealy          Page 1 of 1          Date Rcvd: Mar 04, 2015
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2015.
db           +AME Consulting Group, LLC,    370 Central Avenue,    North Caldwell, NJ 07006-4247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2015                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2015 at the address(es) listed below:
              Carlos J. Cuevas    on behalf of Petitioning Creditor    B-Sharp Trading Corp. ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Westin Trading, Inc. ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Bevco Sales Division of Shasta Beverages
               ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Eastern Distributors, Inc.
               ccuevas576@aol.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Financial Services NA, LLC
               jschwartz@mesterschwartz.com
              Ralph A Ferro, Jr    on behalf of Debtor    AME Consulting Group, LLC ralphferrojr@msn.com
              Stacey L. Meisel    on behalf of Attorney    Becker Meisel LLC slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com
              Stacey L. Meisel    slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com;mcarey@beckermeisel.com;ecf.alert+Meisel@titlexi.com
              Stacey L. Meisel    on behalf of Trustee Stacey L. Meisel slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 10