| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| | Order Filed on April 10, 2015 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re:<br><br>AME Consulting Group, LLC | Case No.: 14-21956<br><br>Adv. No.:<br><br>Hearing Date: 3/10/2015<br><br>Judge: TBA |

### CAPTION OF ORDER

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: April 10, 2015**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X

In re                                                                Chapter 7

AME CONSULTING GROUP, LLC,                          Case No. 14-21956 DHS

              Debtor.

-------------------------------------------------------X

### ORDER DIRECTING THE FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 EXAMINATION OF MR. MICHAEL ESPOSITO

Upon the Motion of B-Sharp Trading Corp. for an Order directing the Federal Rule of Bankruptcy Procedure 2004 examination of Mr. Michael Esposito (the "Motion"); the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); there being sufficient cause; after due deliberation; and upon all the proceedings had herein, it is

ORDERED, the Motion is granted; it is further

ORDERED, that Michael Esposito shall produce all the documents in his possession, custody, or control which are set forth in Exhibit A to the Motion; it is further

ORDERED, that B-Sharp Trading Corp. is authorized to conduct the oral examination of Michael Esposito at a date, time and place set by B-Sharp Trading Corp.'s counsel; and it is further

ORDERED, that this Court shall retain jurisdiction to adjudicate any dispute regarding this Order.

1

Dated: Newark, New Jersey
       March   , 2015

_____

Hon. Vincent F. Papalia,
United States Bankruptcy Judge

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-21956-TBA
AME Consulting Group, LLC                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: zhaywood           Page 1 of 1           Date Rcvd: Apr 10, 2015
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2015.
db              +AME Consulting Group, LLC,    370 Central Avenue,    North Caldwell, NJ 07006-4247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2015 at the address(es) listed below:
              Carlos J. Cuevas    on behalf of Petitioning Creditor    B-Sharp Trading Corp. ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Westin Trading, Inc. ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Bevco Sales Division of Shasta Beverages
               ccuevas576@aol.com
              Carlos J. Cuevas    on behalf of Petitioning Creditor    Eastern Distributors, Inc.
               ccuevas576@aol.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Financial Services NA, LLC
               jschwartz@mesterschwartz.com
              Ralph A Ferro, Jr    on behalf of Debtor    AME Consulting Group, LLC ralphferrojr@msn.com
              Stacey L. Meisel    on behalf of Attorney    Becker Meisel LLC slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com
              Stacey L. Meisel    slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com;mcarey@beckermeisel.com;ecf.alert+Meisel@titlexi.com
              Stacey L. Meisel    on behalf of Trustee Stacey L. Meisel slmeisel@beckermeisel.com,
               maferrentino@beckermeisel.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10