UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on August 18, 2015
by Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>AME Consulting Group, LLC | Case No.: _____14-21956-TBA_____<br><br>Judge: _____VINCENT F. PAPALI_____<br><br>Chapter: _____7_____ |

## ORDER VACATING DISCHARGE

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 18, 2015

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having noted that _____AME Consulting Group, LLC_____, the debtor(s) in this case was discharged on _____July 2, 2015_____, and that the discharge must be vacated for the reason(s) stated below:

❏      Debtor(s) received a discharge in this case on _____,

❏      Debtor(s) received a discharge in a previous case bearing case number _____, which case was commenced on _____ in the _____ Bankruptcy Court,

❏      Adversary Proceeding number _____ objecting to the debtor's discharge is pending,

❏      Debtor(s) has not filed a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the instructional course requirements for discharge,

❏      Debtor(s) has not filed a *Certification in Support of Discharge* certifying that all domestic support obligations currently du have been paid,

❏      The filing fee due in this case has not been paid in full,

☒      Other: _a discharge is only available to individual debtors, not to corporations_,

IT IS ORDERED that said discharge order is vacated.

*Rev. 4/22/08; jml*